UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER E. WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:14-cv-1777-RLY-DKL |
| ) | |
| THERESA ROBERTSON, ) | |
| ) | |
| Defendant. ) | |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, now enters FINAL JUDGMENT and this action is dismissed without prejudice.

Date:  5/22/2015

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Christopher E. Washington
Chapel Oaks Apartment
806 Oaklawn Ct.
Fort Wayne, IN 46803

All electronically registered counsel